UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EURO-TECH CONSTRUCTION & TRUCKING, INC., et al., <br><br> Defendants. | Case No. 20-cv-04143-RS <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

On June 23, 2020, Plaintiffs filed this lawsuit against Defendants for failure to make contributions to the benefits plans as required by the parties' collective bargaining agreement, the trust agreement, the Labor Management Relations Act, and the Employee Retirement Income Security Act of 1974. Defendants failed to appear in this case, and after the Clerk entered their default, the Plaintiffs moved for default judgment. The magistrate judge to whom this matter was initially assigned recommended granting the motion for default judgment and entering Plaintiffs' proposed form of judgment, at ECF No. 40.

Defendants failed to respond to or make an objection to the Report and Recommendation. The recommendation to grant the motion for default judgment is adopted. For the reasons set out in the report, Plaintiffs should be awarded $61,024.16. The proposed form of judgment, at ECF No. 40, will also be adopted.

**IT IS SO ORDERED**.

Dated: December 21, 2021

_____
RICHARD SEEBORG
Chief United States District Judge